**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Charles Tufano and Richard Warren, as the representatives of a class of similarly situated persons, and on behalf of the Pride Mobility Employee Stock Ownership Retirement Plan, <br><br>      Plaintiffs, <br><br>       v. <br><br> Pride Mobility Products Corporation and the Pride Mobility Products Corporation ESOP Committee, <br><br>      Defendants. | Civil Action No. 3:24-cv-00765-KM <br><br> Hon. Karoline Mehalchick <br><br> CLASS ACTION |

**DEFENDANTS' OPPOSED MOTION TO DISMISS**
**PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendants Pride Mobility Products Corporation ("Pride Mobility") and the

Pride Mobility Products Corporation ESOP Committee (the "Committee")

(collectively "Defendants") move, pursuant to Federal Rule of Civil Procedure

12(b)(1) and 12(b)(6), to dismiss Plaintiffs Charles Tufano's and Richard Warren's

Class Action Complaint.

As detailed in Defendants' Brief in Support of its Motion to Dismiss,

Plaintiffs' claims fail under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Plaintiffs fail to show that investing a percentage of the ESOP's non-employer

stock assets in conservative, liquid cash equivalents and short-term government

bonds was outside the range of reasonableness, and Plaintiffs do not have standing to challenge plan investments made after they cashed out of the ESOP in 2019 and 2020.

WHEREFORE, Defendants respectfully request the Court grant its motion and dismiss Plaintiffs' Class Action Complaint with prejudice.

Dated: June 24, 2024

Respectfully submitted,

*/s/ Robert W. Rachal*
Robert W. Rachal*
Charles F. Seemann, III*
Ryan M. Tucker*
Howard Shapiro*
JACKSON LEWIS P.C.
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Robert.Rachal@jacksonlewis.com
Charles.Seemann@jacksonlewis.com
Ryan.Tucker@jacksonlewis.com
Howard.Shapiro@jacksonlewis.com

Joseph D. Burke
PA ID No. 41830
BURKE VULLO REILLY ROBERTS
1460 Wyoming Avenue
Forty Fort, PA 18704
(570) 288-6441 Telephone
(570) 288-4598 Facsimile
jburke@bvrrlaw.com

*Admitted *pro hac vice*

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2024 a copy of the foregoing Defendants' Opposed Motion to Dismiss Plaintiffs' Class Action Complaint was filed using the Court's CM/ECF system and served upon the following counsel of record:

Samuel J. Rosenthal, PA ID No. 50081
THE ROSENTHAL FIRM
1845 Walnut Street, Suite 2350
Philadelphia, PA 19103
srosenthal@rosenthalfirm.net

Carl F. Engstrom
Mark E. Thomson
Jennifer K. Lee
ENGSTROM LEE
323 N. Washington Avenue, Suite 200
Minneapolis, MN 55401
mthomson@engstromlee.com
cengstrom@engstromlee.com
jlee@engstromlee.com

/s/ Robert W. Rachal
Robert W. Rachal
Admitted *pro hac vice*