UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles Tufano and Richard Warren, as representatives of a class of similarly situated persons, and on behalf of the Pride Mobility Employee Stock Ownership Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Pride Mobility Products Corporation and the Pride Mobility Products Corporation ESOP Committee,<br><br>Defendants. | Case No. 3:24-cv-00765-KM<br><br>(Hon. Karoline Mehalchick) |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Charles Tufano and Richard Warren ("Plaintiffs"), individually and on behalf of the proposed Settlement Class, hereby respectfully move for an order (1) preliminarily approving a class action settlement agreement between Plaintiffs and Pride Mobility Products Corporation and the Pride Mobility Products Corporation ESOP Committee ("Defendants" and together with Plaintiffs, "Parties"); (2) approving the proposed Settlement Notice and authorizing its distribution to the Settlement Class; (3) certifying, on a preliminary basis, the proposed Settlement Class; (4) approving the proposed Plan of Allocation; (5) setting a date for a Fairness Hearing; and (6) granting other relief as set forth in the

proposed Preliminary Approval Order.

This motion is made based on the accompanying Memorandum of Points and Authorities, the Settlement Agreement, Declaration of Jennifer K. Lee and the accompanying exhibits, Declaration of Samuel Rosenthal, Declaration of Charles Tufano, Declaration of Richard Warren, Declaration of Dave Gunton, and all other papers, pleadings, documents, arguments, and materials presented before or during the hearing on this motion, and any other evidence or argument the Court may consider.

Dated: February 4, 2025

/s/Jennifer K. Lee
Jennifer K. Lee, MN Bar No. 399012*
Carl F. Engstrom, MN Bar No. 396298*
Mark E. Thomson, MN Bar No. 398260*
**ENGSTROM LEE LLC**
323 N. Washington Avenue, Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050
jlee@engstromlee.com
cengstrom@engstromlee.com
mthomson@engstromlee.com

**THE ROSENTHAL FIRM**
Samuel J. Rosenthal, PA ID No. 50081
1845 Walnut Street, Suite 2350
Philadelphia, PA 19103
Telephone: (215) 923-8900
Facsimile: (215) 351-0593
srosenthal@rosenthalfirm.net

*Admitted via *Special Admission*

**ATTORNEYS FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 4, 2025, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Jennifer K. Lee
Jennifer K. Lee

## LOCAL RULE 7.1 CERTIFICATION OF COMPLIANCE

In compliance with Local Rule 7.1, the undersigned certifies that on February 3, 2025, counsel for Plaintiffs conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose this motion.

Dated: February 4, 2025

/s/Jennifer K. Lee
Jennifer K. Lee, MN Bar No. 399012*
Carl F. Engstrom, MN Bar No. 396298*
Mark E. Thomson, MN Bar No. 398260*
**ENGSTROM LEE LLC**
323 N. Washington Avenue, Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
Facsimile: (612) 677-3050
jlee@engstromlee.com
cengstrom@engstromlee.com
mthomson@engstromlee.com

**THE ROSENTHAL FIRM**
Samuel J. Rosenthal, PA ID No. 50081
1845 Walnut Street, Suite 2350
Philadelphia, PA 19103
Telephone: (215) 923-8900
Facsimile: (215) 351-0593
srosenthal@rosenthalfirm.net

*Admitted via *Special Admission*

**ATTORNEYS FOR PLAINTIFFS**